Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

*September 02, 2026*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 4:26-cr-584** |
| | § | |
| **v.** | § | |
| | § | |
| [redacted] | § | |
| **BENJAMIN FIELDS,** | § | |
| [redacted] | § | |
| **RONALD WILLIAMS,** | § | |
| **Defendants.** | § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**INTRODUCTION**

At all times material to this Indictment, Confessions Restaurant and Lounge is a Houston, Texas based company, engaged in the food service industry and sale of consumer goods which are shipped in and affect interstate commerce.

**COUNT ONE**

**Aiding and Abetting Interference With Commerce by Robbery**

On April 9, 2026, in the Houston Division of the Southern District of Texas,

[redacted]
**BENJAMIN FIELDS,**
[redacted]
**RONALD WILLIAMS,**

defendants herein, aiding and abetting each other, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of

robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of J[redacted] F[redacted] namely jewelry and a watch, against his will by means of actual and threatened force, violence, and fear of injury to his person, which resulted in the loss of U.S. Currency for Confessions Restaurant and Lounge.

In violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT TWO**

**Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence**

On or about April 9, 2026, in the Houston Division of the Southern District of Texas,

[redacted]
**BENJAMIN FIELDS,**
[redacted]
**RONALD WILLIAMS,**

defendants herein, aiding and abetting each other, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 1951, Section 924(c)(1)(A)(ii), and Sections 2119 and 2, as charged in Count Two, is subject to forfeiture, including, but not limited to, the

following:

9mm Glock pistol, model 43X, serial number CFEW222

**A TRUE BILL:**

REDACTED
PER PRIVACY ACT

**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Keri Fuller**
**Assistant United States Attorney**