**Extracting Case Data ...**

Generating non-public docket sheet.
Sending e-mail to InterdistrictTransfer_TXSD@txs.uscourts.gov

**... Extraction Completed**